UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

     - v. -                    :     INDICTMENT

RICARDO VENTURA,                  :     08 Cr.

               Defendant.     :

- - - - - - - - - - - - - - - - - - x

                          COUNT ONE

        The Grand Jury charges:

        1.    From at least in or about May 2008, in the Southern District of New York and elsewhere, RICARDO VENTURA, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

        2. It was a part and an object of the conspiracy that RICARDO VENTURA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

                          OVERT ACT

        3.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others,

was committed in the Southern District of New York, and elsewhere:

    a. On or about May 15, 2008, in Bronx, New York, RICARDO VENTURA, the defendant, picked up approximately 200 grams of heroin for delivery to a co-conspirator not named as a defendant herein.

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION AS TO COUNT ONE

4. As a result of committing the controlled substance offense alleged in Count One of this Indictment, RICARDO VENTURA, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

_/s/ Cynthia Carrasquillo_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===

UNITED STATES OF AMERICA

- v. -

RICARDO VENTURA,

Defendant.

---

INDICTMENT

08 Cr. \_\_\_\_\_

(Title 21, United States Code, Section 846.)


MICHAEL J. GARCIA
United States Attorney.


A TRUE BILL

*/s/ Cynthia Carrasquillo*
Foreperson.

===